1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293) crowley@seyfarth.com
2  Althea Bovell (SBN 200240) abovell@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC.
6

7

8                UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 DAVID CANNON,                    )  Case No.
                                    )
11         Plaintiff,                )  **CERTIFICATE OF INTERESTED**
                                    )  **PARTIES**
12     v.                            )
                                    )  [UNITED STATES DISTRICT COURT,
13 NEW UNITED MOTOR MANUFACTURING,) NORTHERN DISTRICT OF
   INC., GENERAL MOTORS, TOYOTA    )  CALIFORNIA, CIVIL LOCAL RULE
14 MANUFACTURING, AND DOES 1-50    )  3.16]
                                    )
15         Defendants.               )
                                    )
16

17     TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

18 OF CALIFORNIA, AND TO PLAINTIFF DAVID CANNON AND HIS ATTORNEYS OF

19 RECORD:

20     The undersigned, counsel of record for Defendant NEW UNITED MOTOR

21 MANUFACTURING, INC., certifies that the following listed parties have a direct pecuniary

22 interest in the outcome of this case. These representations are made to enable the Court to

23 evaluate possible disqualification or recusal.

24     1.   Plaintiff David Cannon;

25     2.   Defendant New United Motor Manufacturing, Inc.;

26     3.   General Motors; and

27 ///

28 ///

1

Certificate of Interested Parties

1     4.     Toyota Manufacturing.

3   DATED: October 23, 2007         SEYFARTH SHAW LLP

By _____
    Christian J. Rowley
    Althea V. Bovell
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

SF1 28304680.1

---

2

Certificate of Interested Parties