1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293) crowley@seyfarth.com
2  Althea Bovell (SBN 200240) abovell@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DAVID CANNON, | ) | Case No. C07 05400 VRW |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| NEW UNITED MOTOR MANUFACTURING, INC., GENERAL MOTORS, TOYOTA MANUFACTURING, AND DOES 1-50 | ) | |
| Defendants. | ) | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On October 23, 2007, I served the within documents:

**CIVIL COVER SHEET**

**DECLARATION OF CHRISTIAN J. ROWLEY IN SUPPORT OF DEFENDANT NEW UNITED MOTOR MANUFACTURING INC.'S NOTICE OF REMOVAL**

**CERTIFICATE OF INTERESTED PARTIES [UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CIVIL LOCAL RULE 3.16]**

☐  I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

Certificate of Service

| | |
|---|---|
| [X] | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| [ ] | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| [ ] | by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below. |
| [ ] | by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below. |

H. Nelson Meeks
Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94012
(415) 898-9915
(415) 989-9914 (facsimile)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 23, 2007, at San Francisco, California.

_____
Nancy J. Davilla

Certificate of Service