SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
Althea Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., GENERAL MOTORS, TOYOTA MANUFACTURING, AND DOES 1-50<br><br>　　　　Defendants. | Case No. C 07 05400 VRW<br><br>**CERTIFICATE OF SERVICE** |

　　　I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On October 23, 2007, I served the within documents:

**DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §1441(b)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND ACCOMPANYING DOCUMENTS**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE**

**ECF REGISTRATION INFORMATION HANDOUT AND ACCOMPANYING DOCUMENTS**

☐　　I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

Certificate of Service

1
2  [X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
3
4  [ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
5
6  [ ]  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.
7
8  [ ]  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.
9
10  H. Nelson Meeks
    Law Offices of H. Nelson Meeks
11  870 Market Street, Suite 975
    San Francisco, CA 94012
12  (415) 898-9915
    (415) 989-9914 (facsimile)
13
         I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.
14
15
16       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
17
         Executed on October 23, 2007, at San Francisco, California
18
                                                    _____
19                                                           Nancy J. Davilla
20
    SF1 28304678.1
21
22
...
28

Certificate of Service