SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., GENERAL MOTORS, TOYOTA MANUFACTURING, AND DOES 1-50<br><br>　　　　Defendants. | Case No. C 07 05400 VRW<br><br>**DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Pursuant to Federal Local Rule 73-1(b), the undersigned party in the above-captioned

civil matter hereby declines to consent to the assignment of this case to a United States

Magistrate Judge for trial and disposition.

DATED: November 8, 2007

SEYFARTH SHAW LLP

By _____
　　Christian J. Rowley
　　Althea V. Bovell
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

SFI 28306995.1

1

Def. NUMMI's Declination to Proceed Before a Magistrate Judge; Case No. C 07 05400 VRW