1
2
3
4                       IN THE UNITED STATES DISTRICT COURT
5
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8      DAVID CANNON,                              No.  C 07-5400  VRW
9                   Plaintiff,                    **CLERK'S NOTICE**
10          v.
11     NEW UNITED MOTOR
       MANUFACTURING, INC., et al.,
12                  Defendant.
13     _____/
14
       (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the
15     Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)
16
17            YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for
18     January 31, 2008  has been **continued to Thursday, February 7, 2008 at 3:30 p.m.**   To prepare
19     for the conference, the parties shall review and comply in all respects with the requirements of Civil
20     L.R. 16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate
21     Avenue, San Francisco, California.
       Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable
22     to reach a stipulation, the requesting party shall submit an exparte application with a proposed
23     order.
24     Dated: December 19, 2007
25
26                                            FOR THE COURT,
                                             Richard W. Wieking, Clerk
27                                           By: _Cora Klein_
28                                           Cora Klein, Courtroom Deputy Clerk to
                                             Chief Judge Vaughn Walker

**United States District Court**
For the Northern District of California