# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Cannon,<br><br>              Plaintiff(s),<br><br>     v.<br><br>New United Motor Manufacturing, Inc.,<br><br>              Defendant(s). | 07-05400 VRW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4    It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 24, 2008

            RICHARD W. WIEKING
            Clerk
            by:   Timothy J. Smagacz

            _____
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Cannon v. New United Motor Manufacturing, Inc.

Case Number:    07-05400 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 24, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   H. Nelson Meeks
>   Law Office of H. Nelson Meeks
>   870 Market Street
>   Suite 412
>   San Francisco, CA 94102
>   nelsonmeeks@cs.com
>
>   Christian Joseph Rowley
>   Seyfarth Shaw LLP
>   560 Mission Street
>   Suite 3100
>   San Francisco, CA 94105
>   crowley@seyfarth.com
>
>   Althea V. Bovell
>   Seyfarth Shaw LLP
>   560 Mission Street, 31st Floor
>   San Francisco, CA 94105
>   abovell@seyfarth.com
>
>   General Motors

,

Toyota Manufacturing

,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 24, 2008 in San Francisco, California.

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:   Timothy J. Smagacz

                                            *Timothy Smagacz*
                                            ADR Administrative Assistant
                                            415-522-4205
                                            Tim_Smagacz@cand.uscourts.gov