**United States District Court**
For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

DAVID CANNON,                                    No.  C 07-5400  VRW

8
                    Plaintiff,                    **SECOND**
9                                                 **CLERK'S NOTICE**

        v.
10

 NEW UNITED MOTOR
11  MANUFACTURING, INC. et al,

12                   Defendants.

13  _____/

14

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the
15  Notice of Electronic Filing  and/or the attached Certificate of Service)

16              YOU ARE NOTIFIED THAT the Case Management Conference currently

17  scheduled for   February 7, 2008  has been **continued to Thursday, February 14, 2008  at 3:30**

18  **p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the

19  requirements of Civil L.R. 16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at

20  450 Golden Gate Avenue, San Francisco, California.

21  Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

22  to reach a stipulation, the requesting party shall submit an exparte application with a proposed

23  order.

24  Dated: January 28, 2008

25                                   FOR THE COURT,
                                     Richard W. Wieking, Clerk
26

27              By: _Cora Klein_

28                  Cora Klein, Courtroom Deputy Clerk to
                    Chief Judge Vaughn Walker