UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : February 14, 2008

**C 07-5400 VRW   DAVID CANNON   v   NEW UNITED MOTOR MANUFACTURING INC, et al.**

Attorneys : For Plaintiff(s):   Rebeca Rudzianis

For Defendant(s):   Althea Bovell

Deputy Clerk: Frank Justiliano                    Reporter: not reported

PROCEEDINGS:                                      RULING:
1. _____                _____
2. _____                _____
3. _____                _____

Case Management Conference - Held

ADR to be used: Private mediation to be completed by: 6/27/08

Fact Discovery Cutoff: 3/31/09          Designation of Experts/Reports: 3/31/09
Rebuttal Expert/Report:  4/17/09        Experts Discovery Cutoff:  5/15/09

Further Case Management Conference: 9/25/08  at 3:30 p.m.

SCHEDULE:

DISPOSITIVE MOTIONS HEARING: 8/6/09  at 2:30 p.m.
File Motion:                    Opposition:                    Reply:

PRETRIAL CONFERENCE: 9/17/09  at 3:30 pm (including motions in limine)

Order to be prepared by:    Plntf_____   Deft_____   Court_x_