H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 975
San Francisco, CA 94102
(415) 989-9915
(415) 989-9914 (FAX)

Attorney for Plaintiff
DAVID CANNON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON<br><br>PLAINTIFF<br><br>VS.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., et al<br><br>DEFENDANT | CASE NO: RG 07-341696<br>C 07 05400<br><br>**STIPULATION AND ORDER RE: EXTENTION OF MEDIATION DATE** |

WHEREAS, the parties have entered into informal settlement negotiations with the objective of minimizing litigation costs and these informal settlement negotiations have not produced a settlement.

It is hereby agreed by and between the parties herein, as follows: The previously ordered mediation completion deadline of June 27, 2008 shall be extended until August 30, 2008.

Dated: 6/30/08

_____
CHRISTIAN ROWLEY
ATTORNEY FOR DEFENDANT

Dated: 6/30/08

_____
H. NELSON MEEKS
ATTORNEY FOR PLAINTIFF

- 1 -

Cannon v. NUMMI
RG 07-341696
C 07 05400

STIPULATION AND ORDER

## ORDER

The parties having stipulated, IT IS SO ORDERED.

Dated: July 2, 2008

