SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

LAW OFFICES OF H. NELSON MEEKS
H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94012
Telephone: (415) 898-9915
Facsimile: (415) 989-9914

Attorneys for Plaintiff
DAVID CANNON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON,<br><br>Plaintiff,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., GENERAL MOTORS, TOYOTA MANUFACTURING, AND DOES 1-50<br><br>Defendants. | Case No. C 07 05400 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ALTERNATIVE DISPUTE RESOLUTION, APPOINTMENT OF MAGISTRATE JUDGE** |

Plaintiff David Cannon ("Plaintiff") and Defendant New United Motor Manufacturing, Inc. ("NUMMI" or "Defendant"), collectively ("the Parties"), by and through their respective counsel, hereby submit the following Stipulation and Order Re: Alternative Dispute Resolution, Appointment of a Magistrate Judge:

WHEREAS, on September 25, 2008, the Parties attended a case management conference ("CMC") before the Honorable Chief Judge Vaughn R. Walker;

---

Stipulation And [Proposed] Order Re: Alternative Dispute Resolution, Appointment of Magistrate
Case No. C 07 05400 VRW

1     WHEREAS, at the CMC, the Parties discussed with the Court participating in court
2 sponsored alternative dispute resolution, with the appointment of a Magistrate Judge, because the
3 Parties have been unable to resolve the dispute on their own despite their efforts;

4     WHEREAS, the Parties are willing to participate in a court sponsored mediation, and
5 believe that a Magistrate Judge will assist in resolving the Parties dispute;

6     WHEREAS, the Parties agree to the court's appointment of Magistrate Judge Bernard
7 Zimmerman to preside over the mediation;

8     NOW, THEREFORE, the Parties agree and hereby stipulate to using the court's
9 alternative dispute resolution, and request that the Court appoint Magistrate Judge Bernard
10 Zimmerman to preside over said proceeding.

11

12 DATED: February ___, 2009     SEYFARTH SHAW LLP

13

14     By _____s/s Althea V. Bovell_____
    Christian J. Rowley
15     Althea V. Bovell
    Attorneys for Defendant
16     NEW UNITED MOTOR
    MANUFACTURING, INC.

17 DATED: February ___, 2009     LAW OFFICES OF H. NELSON MEEKS

18

19     By _____s/s H. Nelson Meeks_____
    H. Nelson Meeks
20     Attorneys for Plaintiff
    DAVID CANNON

21 **IT IS SO ORDERED.**

22 DATED: 3/4/09 _____
23     Honorable Vaughn R. Walker
    United States District Court Judge

24

25 *[GRANTED stamp — Judge Vaughn R Walker, United States District Court, Northern District of California]*

26

27 SF1 28346638.1 / 33218-000035

28

2

Stipulation And [Proposed] Order re Alternative Dispute Resolution, Appointment of Magistrate
Case No. C 07 05400 VRW