

560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
(415) 544-1061

Writer's e-mail
abovell@seyfarth.com

March 17, 2009

**VIA ELECTRONIC MAIL TO bzpo@cand.us.courts.gov**

The Hon. Magistrate Judge Bernard Zimmerman
United States District Court for the Northern District of California
Courtroom G, 15th Floor
Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Cannon v. New United Motor Manufacturing, Inc.*
United States Northern District Court Case No. C 07 05400 VRW

Dear Magistrate Judge Zimmerman:

The parties currently have a settlement conference on calendar before Your Honor on March 24, 2009. Due to defendant New United Motor Manufacturing, Inc.'s ("NUMMI") current financial condition, any settlement agreed upon in the course of the settlement conference will need to be paid after May 1, 2009.

The parties have met and conferred about this issue. Given this information, Plaintiff David Cannon would prefer to continue the settlement conference for 30 days, to a date closer to May 1, 2009. NUMMI will agree to a 30-day continuance, or will go forward on March 24, 2009, if so ordered by the Court.

Accordingly, we ask that the settlement conference be continued.

Very truly yours,

SEYFARTH SHAW LLP

/Althea V. Bovell/

AVB
cc:   H. Nelson Meeks, Esq., counsel for Plaintiff
       Christian J. Rowley, Esq.

SF1 28350638.1 / 33218-000035

[STAMP: DENIED — Judge Bernard Zimmerman — United States District Court, Northern District of California]