1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8  DAVID CANNON,                      )
                                      )
9          Plaintiff(s),              )      No. C07-5400 VRW (BZ)
                                      )
10     v.                             )      **ORDER RE OVERDUE PAPERS**
                                      )
11  NEW UNITED MOTOR                  )
    MANUFACTURING INC.,               )
12                                    )
           Defendant(s).              )
13  _____   )

14

15      TO:  Plaintiff(s)/Defendant(s) and their attorney(s) of

16  record:

17      On 3/19/2009, you were ordered to lodge a Settlement

    Conference Statement seven days prior to the conference, which

18  is scheduled for March 24, 2009.  Your statement was due March

19  17, 2009.  It was not received by chambers.

20      **IT IS HEREBY ORDERED** that if a statement is not lodged by

21  the **noon** tomorrow, plaintiff(s)/defendant(s) and their

22  attorney(s) of record will be sanctioned $100 a day for each

23  day's delay, beginning from the date it was originally due.

24  Dated: March 19, 2009

25                        _____
                                Bernard Zimmerman
26                          United States Magistrate Judge

27

28

1