IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CANNON, | No. C 07-5400 VRW |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| NEW UNITED MOTOR MANUFACTURING, INC, | |
| Defendant. | |

Having advised the court that the parties have agreed to a settlement of this case; IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: March 31, 2009

VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE